**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**


<u>Sheila Holland, et al.</u>

   v.                                     Civil No. 11-cv-291-LM

<u>McLean Communications, Inc.</u>


**NOTICE OF RULING**


     Re:   Document No. 14

     Ruling: Denied.  The pretrial conference in this case was originally scheduled for September 26, 2011.  The court granted by endorsed order defendants' first request to continue the pretrial conference.  Defendants indicated in their motion, to which plaintiff assented, that plaintiff "intended to seek to amend her complaint" to eliminate all federal claims and plaintiff would then seek to remand the case back to state court.  The court granted the motion and continued the September 26 pretrial conference to December 15, 2011.  Defendants have now filed a second assented-to request to continue the conference.  The motion (doc. no. 14) is denied.  The court will, however, conduct the December 15 conference via telephone.  The court will initiate the telephone call.


                                                /s/Landya McCafferty
                                                Landya McCafferty
                                                United States Magistrate Judge

November 28, 2011

cc:  Kenneth J. Barnes, Esq.
     Christopher B. Kaczmarek, Esq.